UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIAN SILVA,<br><br>          Plaintiff,<br><br>          v.<br><br>ST. BERNARDINE HOSPITAL DOCTOR JOHN DOE #1, et al.,<br><br>          Defendants. | Case No. 5:25-cv-00721-SVW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order re Complaint issued by the assigned magistrate judge (Dkt. 5), and the Report and Recommendation of the magistrate judge (Dkt. 7, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: July 2, 2025

_____
STEPHEN V. WILSON
United States District Judge