JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| BRIAN SILVA, | Case No. 5:25-cv-00721-SVW-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ST. BERNARDINE HOSPITAL DOCTOR JOHN DOE #1, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: July 2, 2025 _____

_____
STEPHEN V. WILSON
United States District Judge